UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JON HAMILTON, et al.,
Plaintiff,

v.                                                              No. 5:15-CV-965-JKP

ENERSAFE, INC. f/k/a ENERSAFE LLC,
et al.,
Defendants,

ALFREDO WISE, et al.,
Plaintiff,

v.                                                              No. 5:15-CV-973-JKP

ENERSAFE, INC.,  OAKS GROUP,
GRYPHON OIL FIELD SERVICES,
Defendants,

BRANDON CHAUMONT, et al.,
Plaintiff,

v.                                                              No. 5:15-CV-1003-JKP

OAKS PERSONNEL SERVICES, INC.,
A/K/A OAKS GROUP; AND  CIELO
ENERGY CONSULTING, LLC,
Defendants,

DAVID M. JENSEN, et al.,
Plaintiff,

v.                                                              No. 5:17-CV-0114-JKP

EOG RESOURCES, INC. (f/k/a ENRON
OIL AND GAS COMPANY), et al.,
Defendants

**ORDER OF DISMISSAL**

The Court has under consideration Plaintiff, Brandon Chaumont, on behalf of himself

and opt-in Plaintiffs in the *Chaumont* lawsuit and Defendant Oaks Personnel Services, Inc.'s

*Stipulation of Dismissal with Prejudice* (ECF No. 270), in which the parties stipulate to dismissal of this lawsuit with prejudice. The Court **ACCEPTS** the stipulation and dismisses this action with prejudice. It is hereby **ORDERED, ADJUDGED and DECREED** that all claims and causes of action in this lawsuit are dismissed with prejudice.

Because the Court's acceptance of this dismissal resolves and dismisses all of the lawsuits in the consolidated case, the Court **directs the Clerk of Court to close all of the cases in the consolidated case.**

SIGNED this 3rd day of June 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE